914

No. 80–6154.   PATTERSON v. GENERAL MOTORS CORP. ET AL.
C. A. 7th Cir.   Certiorari denied.

No. 80–6198.   GREEN v. WARDEN, FEDERAL CORRECTIONAL INSTITUTION, TEXARKANA, TEXAS.   C. A. 5th Cir.   Certiorari denied.

No. 80–6199.   MANNING v. LOUISIANA.   Sup. Ct. La. Certiorari denied.

No. 80–6200.   FULLERTON v. NORTH CAROLINA.   Ct. App. N. C.   Certiorari denied.

No. 80–6209.   BROWNFIELD v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 80–6211.   MAKARA v. BRITISH PETROLEUM CORP.   App. Term, Sup. Ct. N. Y., 9th & 10th Jud. Dists.   Certiorari denied.

No. 80–6212.   ARCE v. HENDERSON, CORRECTIONAL SUPERINTENDENT.   C. A. 2d Cir.   Certiorari denied.

No. 80–6213.   ROSS v. OHIO ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 80–6216.   HUTCHINSON v. MISSISSIPPI.   Sup. Ct. Miss.   Certiorari denied.

No. 80–6219.   COVINGTON ET AL. v. ALLSBROOK.   C. A. 4th Cir.   Certiorari denied.

No. 80–6223.   MATHIESEN v. WASHINGTON.   Ct. App. Wash.   Certiorari denied.

No. 80–6224.   THOMPSON v. HARGETT, WARDEN, ET AL.
C. A. 5th Cir.   Certiorari denied.